1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  PAMELA S. STEVENS

7

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11

12
   PAMELA S. STEVENS,              ) Case No.: 2:14-cv-01359-APG-VCF
13         Plaintiff,                )
                                     ) UNOPPOSED MOTION TO AMEND
14      vs.                          ) AND EXTEND BRIEFING
                                     ) SCHEDULE
15 CAROLYN W. COLVIN, Acting        )
                                     )
16 Commissioner of Social Security, )
                                     )
17         Defendant                 )
                                     )
18 _____   )

19
        Plaintiff Pamela S. Stevens ("Plaintiff") and defendant Carolyn Colvin,
20
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
21
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
22
   for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to March 6,
23
   2015; and that Defendant shall have until April 6, 2015, to file her opposition, if
24
   any is forthcoming.  Any reply by plaintiff will be due April 27, 2015.
25

26

-1-

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Joint Position Statement to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

Counsel for defendant has indicated, via e-mail, that this motion to extend the time to file is not opposed.

DATE: January 27, 2015            Respectfully submitted,

ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff PAMELA S. STEVENS

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 28, 2015